UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS SMITH #10R3959, PLAINTIFF, PRO-SE
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

DEFENDANT#1, THE CITY OF NEW YORK,
DEFENDANT#2, THE NEW YORK CITY POLICE DEPARTMENT,
DEFENDANT#3, DANIEL FITZPATRICT SHIELD 3870, a
NEW YORK CITY POLICE OFFICER IN HIS OFFICIAL
CAPACITY,
DEFENDANT#4 (SGT) KENNETH MONAHAN SHIELD 5088, A
NEW YORK CITY POLICE OFFICER IN HIS OFFICIAL
CAPACITY.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:   ☒ Yes   ☐ No
(check one)

15 Civ. 1062 (VEC)

SDNY DOCUMENT ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/15

**I.   Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name THOMAS SMITH
ID# 10R3959
Current Institution FRANKLIN CORRECTIONAL FACILITY
Address 62 BARE HILL ROAD, P.O. BOX 10,
MALONE, NEW YORK 12953

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name THE CITY OF NEW YORK   Shield # N/A
Where Currently Employed _____
Address _____
_____

Rev. 01/2010                                         1

RECEIVED
AUG 12 2015
PRO SE OFFICE

Defendant No. 2      Name THE NEW YORK CITY POLICE DEPARTMENT     Shield # N/A
                     Where Currently Employed ONE POLICE PLAZA INCT
                     Address NEW YORK, NEW YORK 10038

Defendant No. 3      Name P.O. DANIEL FITZPATRICK     Shield # 3870
                     Where Currently Employed MIDTOWN NORTH PREINCT
                     Address 306 WEST 54th street,
                     NEW YORK, NEW YORK 10019

<!-- Who did what? -->

Defendant No. 4      Name P.O. SERGEANT KENNETH MONAHAN     Shield # 5088
                     Where Currently Employed NEW YORK POLICE DEPARTMENT, INTELLIGENCE BUREAU
                     Address ONE POLICE PLAZA, ROOM #1108
                     NEW YORK, NEW YORK 10038

Defendant No. 5      Name N/A     Shield # N/A
                     Where Currently Employed N/A
                     Address N/A

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
      N/A
      N/A

B.    Where in the institution did the events giving rise to your claim(s) occur?
      N/A

C.    What date and approximate time did the events giving rise to your claim(s) occur?
      On JULY 6, 2013 at approximate 2:10am in the vincity of 165 West 47th street in the county of Manhattan, New York.
      N/A

D.    Facts: SEE ATTACHED TO THIS COMPLAINT FORM PLAINTIFF AMENDED COMPLAINT THANK YOU KINDLY.

<!-- What happened to you? -->

Rev. 01/2010                         2

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THOMAS SMITH#10R3959, plaintiff,pro-se    *
                                          *
                                          *
v.                                        *
                                          *
DEFENDANT#1,THE CITY OF NEW YORK,         *        AMENDED
DEFENDANT#2,NEW YORK CITY POLICE DEPARTMENT, *     COMPLAINT
DEFENDANT#3,DANIEL FITZPATRICT SHIELD#3870, *      JURY TRIAL DEMANDED
A NEW YORK CITY POLICE OFFICER IN HIS OFFICIAL *   15-CIV-1062(VEC)
CAPACITY,                                 *
DEFENDANT#4,KENNETH MONAHAN SHIELD#5088,A NEW *
YORK CITY POLICE OFFICER(SGT)IN HIS OFFICIAL *
CAPACITY.                                 *
                              DEFENDANTS. *
------------------------------------X
```

## PLAINTIFF'S FIRST AMENDED COMPLAINT

PLAINTIFF THOMAS SMITH#10R3959,APPEARING PRO-SE FOR HIS FIRST AMENDED COMPLAINT AGAINST THE DEFENDANTS... THE CITY OF NEW YORK,NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER DANIEL FITZPATRICT SHIELD#3870 CITY OF NEW YORK,POLICE OFFICER KENNETH MONAHAN SHIELD#5088(SGT)CITY OF NEW YORK ALLEGES AS FOLLOW:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this action under 28 U.S.C. section 1331 and 1343(3)and(4). The matter in Controversy arise under 42 U.S.C. section 1983.

2. Venue properly lies in this district pursuant to 28 U.S.C. section 1391(b)(2), because the evens giving rise to this cause of action occurred in the County of NEW YORK CITY,NEW YORK which is located within the Southern District.

3. Plaintiff,Thomas Smith at the time of the evens relevant hereto,was residing at 3241 Eastchester rd BRONX,NEW YORK 10467... Plaintiff is currently incarcerated at FRANKLIN CORRECTIONAL FACILITY(FRANKLIN)62 BARE HILL rd,P.O. BOX 10 MALONE,NEW YORK 12953.

4. This complaint is for negligence of malicious prosecution,false arrest and filing a false report by defendants(defendants#3,#4)which occured on JULY 6,2013 at 2:10am in the vicinity of 165 west 47th street in the county of Manhattan alleging that plaintiff committed a crime of "PROMOTING PROSTITUTION"PENAL LAW 230.25 DOCKET NUMBER#2013NY052278.

5.

STATEMENT OF FACTS

On JULY 6,2013 plaintiff was walking around Time Square enjoying the night saying hi to all who passed. As I neared the croner of west 47th street I stoped at the frank vendor to by a cold water, because it was really hot that night. While buying the water I had asked an unknown couple for a light,and as I said thank you I stood there on west 47th street for about 5 to 6 minutes smoking my smoke. When I begun to walk east bound on 47th street defendant#3,P.O.Fitzpatrict shield 3870 and his sgt defendant#4,P.O.Monahan shield 5088 came out of no where and placed me up against the wall in the vicinity of 165 west 47th street New York City, N.Y.and began to pat me down. At this time plaintiff asked both defendants#3,#4,P.O.Fitzpatrick shield 3870 Monahan shield 5088 what is going on and why do you have me up against this wall?

6. As plaintiff is against the wall and placed in handcuffs by defendant#3 P.O. Fitzpatrick shield 3870 people are looking to see whats going on,and I can see that the bystandars are taken pictures with their cell phones while plaintiff is in handcuffs. I again asked both defendants#3,#4, P.O. Fitzpatrick shield 3870,and his (sgt)P.O. Monahan shield 5088 whats going on,they both replyed "SHUT THE FUCK UP" you know what you did. As plaintiff is standing there a black unmark police van pulled up and I was arrested. While at the Midtown North precinct plaintiff asked again what am I beining arrested for and was told by defendant#3 P.O. Fitzpatrick shield 3870 for PROMOTING PROSTITUTION Docket NO.2013NY052278.

7. On JULY 6,2013 plaintiff was arrested and charged with Promoting Prostitution, and spent the early morning,and late night of JULY 6,2013 in jail and brought before the arraiment judge to face said charge "promoting prostitution". Plaintiffs' counsel BARBARA HO,Esq Legal Aid assigned by the court informed the arraiment Judge that the promoting prostitution charge is false,and insubstantial.Barbara Ho,informed the Judge the accusatory instrument does not show that plaintiff committed any crime on July 6,2013 at 2:10am,and that these allegation are insufficient to show that there was "PROBABLE CAUSE" to arrest plaintiffs!.. Furtherstill,the allegation do not establish the elements of the crime charged,and they do not establish reasonable cause to believe that plaintiff committed the crime of "PROMOTING PROSTITUTION on JULY 6,2013 as charged. Plaintiff was released at arraiment,and a court date was set for SEPTEMBER 3,2013.

8. Thereafter my release, I was subjected to rearrest by my parole Officer because of the fasle charge of Promoting Prostitution,and a fasle report made by defendant#3 P.O. Fitzpatrick shield 3870 to my Parole Officer that I had returned back to the precinct MidTown North to vouch for a unknown friend to me who was in custody on the night of JULY 6,2013.

(2)

9. On JULY 6,2013 at 2:10am in the vicinity of 165 west 47th street Manhattan N.Y. the City of New York,the defendants#3,#4 violated my rights under the Constitution and laws of the United States,The FOUTH Amendment,Eighth,and fourteenth Amendment when defendants P.O.Fitpatrick shield 3870,(sgt)P.O.Monahan shield 5088 knew there was know "PROBABLE CAUSE" to arrest plaintiff. But arrested plaintiff anyway to make the MIDTOWN NORTH PREINCT ILLEGAL NIGHT QUOTA on JULY 6,2013 that is a Practice and policy,and custom at the preinct as well thoughout the N.Y.C.P.D., which violated my rights under Color of State Law.

10. On JULY 6,2013 defendant P.O.Fitpatrict shield 3870,and his(sgt)P.O.Monahan shield 5088 gave false reports and information to the District Attorney's Office that there had in fact been a crime committed by the plaintiff of Promoting Prostitution at 2:10am in the vincity of 165 west 47th street N.Y.N.Y. Plaintiff was aware of the false arrest, Malicious Prosecution. I did not consent to the unlawful arrest that violated my STATE AND FEDERAL CONSTITUTION As well as NEW YORK LAWS.

11. upon information and belief on NOVEMBER 19,2013 a WARRANT for plaintiff arrest was issure by The Manhattan District Attorney's Office based on the false arrest report by defendants#3,#4 P.O.Fitzpatrick shield 3870,and his (sgt)P.O.Monabhan shield 5088.This level of intrsion upon plaintiffs' freemdom is unacceptable, especially when it appears to be a result of an unlawful arrest for a crime that never took place on JULY 6,2013 at 2:10am in the vicinty of 165 west 47th street. Thus violates plaintiff federal rights and state under color of law. U.S.C.A. Const amend 4.Furtherstill,the accusatory instrument failed to demonstrate that defendant P.O.Fitzpatrick shield 3870,and his(sgt)defenadnt P.O.Monahan shield 5088 was infact experienced in the field of making arrest for "promoting Prostitution" crimes. This case went on for 10 months in the Manhanttan crimal Court 100 Centre street part"B" and was dismissed in the plaintiffs' favor on MAY 27,2014 Docket No.2013NY052278.

12. The defendants P.O.Fitzpatrick shield 3870,and his (sgt)Monahan shield 5088 initiated this proceeding which ended in plaintiffs' favor. The proceeding was initiated without probable cause. The defendants acted maliciously for the purpose other than brining the plaintiff to justice on JULY 6,2013 at 2:10am 165 west 47th street N.Y.N.Y. when filing a false charge of promoting prostitution. here,the plaintiff liberty was taken away on a baseless charge. the accusatory instrument failed to demonstrate plaintiffs' activies on JULY 6,2013 in the vicinty of 165 west 47th street county of Manhattan at 2:10am.

(3)

13. The plaintiff remained "incarcerated" for a crime that was never committed on JULY 6,2013 at 2:10am in the vincity of 165 west 47th street in the county of N.Y. N.Y. of promoting prostitution. A "WARRANT" was issued on NOVEMBER 19,2013 and bail was set at $1 dollar until the case was terminated on MAY 27,2014 in my favor. I suffered deprivation of my liberty because of a unlawful arrest, and false charge of promoting prostitution consistent with the concept of seizure as a consequence of a legal proceeding that failed to demonstrate that plaintiff committed a crime. Thus, defendants P.O.Fitzpatrict shield 3870, and his (sgt)P.O. Monahan shield 5088 violated my DUE PROCESS RIGHTS under the FEDERAL and STATE CONSTITUTION and LAWS.

14. On the late night of JULY 6,2013 at 2:10am in the vincity of 165 west 47th Manhattan N.Y. defendants#3,#4 P.O.Fitzpatrict shield 3870, and his (sgt)P.O.Monahan shield 5088 violated my DUE PROCESS RIGHTS under the FOURTH, EIGHTH, FOURTEENTH Amendment to the U.S.C Const. by engaging in conscience shocking misconduct, namely, fabricating evidence, filing false reports, making unlawful arrest to make illegal nightly arrest QUOTA that is in place at the MIDTOWN NORTH PREINCT, and widespread thoughout the NEW YORK CITY POLICE DEPARTMENT(N.Y.C.P.D.)... The evidence was infact insufficient to prove that plaintiff ADVANCED or PROFITED from promoting prostitution by managing, supervising, controlling or even activity by one or more prostitutes on JULY 6,2013 at 2:10am in the vincity of 165 west 47th street in the county of Manhattan. The defendants P.O.Fitzpatrict shield 3870, and his (sgt)P.O.Monahan shield 5088 soul purpose was to make their illegal night quota that is a policy, and practice, and custom so PERMANENT and well SETTLED that it violated my rights.

15. On JULY 6,2013 at 2:10am in the vincity of 165 west 47th street P.O.Fitzpatrict shield 3870, and his (sgt)P.O.monahan shield 5088 allege that plaintiff offered a N.Y.C. (uncover)police officer $200.00 U.S. currency to have sex with an unknown prostitute. Furtherstill, The Accusatory Instrument failed to show that plaintiff is or was acting as a "PIMP" with regards of the crime PROMOTING PROSTITUTION under NEW YORK LAW. In order to promote, advance, or profit from prostitution, there must be some underlying proscribed conduct falling within defintion of prostuttion by the plaintiff. thus, there was no Probable Cause to arrest plaintiff because there was no return of an INDICTMENT because the information defendants#3,#4 gave to the District Attorney's office is the product of fraud, perjury, police misconduct that was undertaken in bad faith by P.O.Fitzpatrict shield 3870, and his (sgt)P.O.Monahan shield 5088 on the night of JULY 6,2013 within the vincity of 165 west 47th street Manhattan N.Y. that violate plaintiff U.S.C. Const.Amendment 4.

(4)

16.                C O U N T  O N E :

   Defendant Fitzpatrick shield 3870 exercised deliberate indifference when he unlawfully arrested plaintiff for a crime that never happend. thus,defendant violated plaintiff FOURTH AMENDMENT rights when he knew there was no Probable Cause to arrest plaintiff on JULY 6,2013 at 2:10am in the vicinty of 165 west 47th street, New York, New York. Defendant Fitzpatrick shield 3870 exercised deliberate indifference to plaintiff when he gave false information to the Manhattan District Attorney's office alleging that plaintiff had committed a crime of promoting prostitution,furtherstill he demonstrated deliberate indifference when he spoke to plaintiffs' (PAROLE OFFICER) to cause me further harm. Thus,he violated plaintiffs' EIGHT AMENDMENT.

17.                C O U N T  T W O :

   Defendant Sergeant Monahan shield 5088 exercised deliberate indifference when he authorize an unlawful arrest of plaintiff of promoting prostitution against plaintiff to make the ILLEGAL NIGHTLY ARREST QUOTA. Thus,violated plaintiffs' FOURTH AMENDMENT rights, and FOURTEENTH AMENDMENT rights by a practice, policy, and custom in place at MIDTOWN NORTH PREINCT,and well settled thoughout the New York City Police Department thereby depriving plaintiff of civil rights,guaranteed by the CONSTITUTION and LAWS of the UNITED STATES and the STATE of NEW YORK.

18.                C O U N T  T H R E E :

   These acts represent a patten of events demonstrating intentional misconduct by the defendants Fitzpatrick and sergeant Monahan in making illegal arrest to make the night arrest quota,as what took place here. as a result of the deliberate indifference exercised by the defendants,plaintiff suffered serious harm by a practice,policy,and custom that has violated my rights. Thus,plaintiff liberty was taken away because of a demand on nightly arrest Quota by the aforementioned defendants.Plaintiff sutained further incarceration of 10 ½ months for a false charge of PROMOTING PROSTITUTION that was dismissed on MAY 27,2014 in plaintiff favor. Plaintiff also suffered extreme emotional disdtress from this arrest. Plaintiffs' 14 year old daugether now thinks that I'am a(P I M P),and she has not spoken with me in 18 months.

19.                C O U N T  F O U R :

   The acts of defendants Fitzpatrick and Monahan complained of caused the deprivation of plaintiffs' constitutional rights for the alleged fraudulent fabrication of baseless charge of promoting prostitution, malicious prosecution,false arrest, and filing a

false reports to plaintiffs' parole officer. Thus, violated plaintiffs' DUE PROCESS rights under STATE LAW and FEDERAL LAW.

20. Defendants#1,#2 has created a"arrest policy and custom that is unconstitutional. The quota practice, policy, and custom in place by the defendant failed to protect me from unlawful arrest. defendants failed to properly supervise the acts of both defendants Fitzpatrict and sergeant Monahan to ensure that they follow policies, and since the failure of not following policies in place has caused plaintiff his liberty, and to remain incarcerated for a crime that never took place as allege by the arresting officer Fitzpatrict and his sergeant Monahan, and the result of a failure to properly train defendants in making arrest for "promoting prostitution"by the real PIMP's and prostitue. Thus, violated plaintiffs' federal civil rights, and state under color of law. U.S.C.A. CONST.AMEND.4,8,14.

WHEREFORE, Thomas Smith prays for judgement in his favor and, damages in his favor against all defendants#1,#2,#3,#4 in an amount sufficient to compenstae plaintiff for the pain suffered by him due to the deliberate indifference and intentional misconduct of defendants#3,#4 not having probable cause to arrest plaintiff. But to make their Illegal nightly quota arrest. In no event less than $140,000 plaintiff is seeking for damages, Malicious prosecution, false arrest, and filing a false reports and the time that plaintiff spent incarcerated because of the unlawful arrest, and whatever the court may deem just and proper.

SWORN TO BEFORE ME ON
THIS DAY 7th OF August, 2015

_Deborah A. Gumbus_
NOTARY PUBLIC

**DEBORAH A. GUMBUS**
**NOTARY PUBLIC, STATE OF NEW YORK**
**QUALIFIED IN FRANKLIN COUNTY**
**NO. 01GU6304688**
**COMMISSION EXPIRES JUNE 02, 20 18**

RESPECTFULLY SUBMITTED,

_Thomas_
THOMAS SMITH, 10R3959
FRANKLIN CORR. FACILITY
62 BARE HILL ROAD,
P.O. BOX 10
MALONE, NEW YORK 12953

6. Is the case still pending? ~~Yes~~ ~~No~~
   If NO, give the approximate date of disposition ~~XXXXXXXXXXXXXXXXXXXXXXX~~

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 7 day of AUGUST, 2015.

Signature of Plaintiff: _Thomas Sr_____

Inmate Number: 10R3959

Institution Address: FRANKLIN CORRECTIONAL FACILITY
62 BARE HILL ROAD, P.O. BOX 10
MALONE, NEW YORK 12953

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 7 day of AUGUST, 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Thomas Sr_____

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           :
                            :   ss.:
COUNTY OF FRANKLIN          :

NAME OF DOCUMENT (S):

AMENDED COMPLAINT
15-Civ-1062 (VEC)
42 U.S.C.§ 1983

I, __THOMAS SMITH__, DIN: __10R3959__, being duly sworn, deposes and says:

That I have on this __7__ day of __AUGUST__, 201__5__ placed and submitted the within copies of the document(s) or moving papers indicated above, to be duly mailed via the U.S. Postal Service, through the institutional mailroom here at the Franklin Correctional Facility, 62 Bare Hill Road, P.O. Box 10, Malone, New York 12953, in a pre-paid first class envelope to the following parties:

Respectfully submitted,

_Thomas_ (signature)

Name: __THOMAS SMITH__, DIN: __10R3959__
Franklin Correctional Facility
Post Office Box 10, 62 bare Hill Road
Malone, New York 12953.0010

SUBSCRIBED AND SWORN TO BEFORE ME THIS
__7th__ DAY OF __AUGUST__, 20__15__

_Deborah A. Gumbus_ (signature)
NOTARY PUBLIC

[NOTARY STAMP/SEAL]:

DEBORAH A. GUMBUS
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN FRANKLIN COUNTY
NO. 01GU6304688
COMMISSION EXPIRES JUNE 02, 20__18__

FRANKLIN CORRECTIONAL FACILITY
P.O. BOX 10/62 BARE HILL ROAD
MALONE, NEW YORK 12953

Thomas Smith #10R3959

PRO-SE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNHAN UNITED STATES COURTHOUSE
500 PEARL STREET,
NEW YORK, NEW YORK 10007-1312